ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 09 2013
at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M.
SUE BEITIA, CLERK

SEALED
BY ORDER OF THE COURT

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR13 00019 JMS |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §§ 846 and 841; 18 U.S.C. § 2] |
| GAVIN KALAEALOHA KOA, | |
| Defendant. | |

INDICTMENT

COUNT 1

The Grand Jury charges:

From a time unknown, but by in or around April 2009, and up through and including on or about June 11, 2009, in the District of Hawaii and elsewhere, Defendant GAVIN KALAEALOHA KOA ("KOA") did knowingly and intentionally conspire with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II

controlled substance, to wit, approximately 131 grams, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. In or around April 2009, KOA distributed approximately six ounces of methamphetamine to another individual not charged here.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT 2

The Grand Jury further charges:

On or about April 27, 2009, in the District of Hawaii, Defendant GAVIN KALAEALOHA KOA did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 131 grams, a Schedule II controlled substance, in violation of Title

//
//
//
//
//

21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846 and Title 18, United States Code, Section 2.

DATED: January 9, 2013, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.
Chief, Criminal Division

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

USA v. GAVIN KALAEALOHA KOA
Cr. No.
"Indictment"